371 A.2d 238
Commonwealth v. Romich, Appellant.

Submitted February 9, 1976.   Harry W. Farmer, Jr., Assistant Public Defender, and John R. Merrick, Public Defender, for appellant;  Timothy Knauer, Assistant District Attorney, and William H. Lamb, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 238
Commonwealth v. Ross, Appellant.

Submitted June 14, 1976.   Barry A. Yelen, for appellant;  Thomas J. Glenn, Jr., Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.